# United States District Court
# For The Western District of North Carolina
# Statesville Division

DAVID E. SIMPSON,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:10CV74-3-V

UNITED STATES MARSHAL,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2010, Order.

                                       Signed: June 18, 2010

                                       Frank G. Johns, Clerk
                                       United States District Court